```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17508
    EMMANUEL L HOOPER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-9665


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
   The case was filed on 09/25/2007 and was not confirmed.

   The case was dismissed without confirmation 12/03/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSECURED           458.36           .00            .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC      9250.00           .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED         NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         13944.64            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          6541.21           .00            .00
1ST NTNWIDE                UNSECURED         NOT FILED          .00            .00
ALLIED INTERSTATE          UNSECURED         NOT FILED          .00            .00
AMERICAN COLLECTION        UNSECURED         NOT FILED          .00            .00
ARNOLD SCOTT HARRIS        UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           936.00           .00            .00
CHICAGO CENTRAL EP         UNSECURED         NOT FILED          .00            .00
CINGULAR WIRELESS          UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED          .00            .00
CREDIT PROTECTION          UNSECURED         NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           627.31           .00            .00
NCO FINANCIAL SYSTEM       UNSECURED         NOT FILED          .00            .00
RMI/MCSI                   UNSECURED           500.00           .00            .00
STATE OF WISCONSIN         UNSECURED         NOT FILED          .00            .00
TORRES CREDIT SERVICES     UNSECURED         NOT FILED          .00            .00
LIMA MUNICIPAL COURT       UNSECURED         NOT FILED          .00            .00
TRIBUTE/FBOFD              UNSECURED         NOT FILED          .00            .00
UNITED COLLECTION BUREAU   UNSECURED           222.00           .00            .00
SPRINT BANKRUPTCY          UNSECURED          1259.42           .00            .00
INTERNAL REVENUE SERVICE   SECURED NOT I      2675.00           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY       3,000.00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17508 EMMANUEL L HOOPER
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                      ---------------    ---------------
TOTALS                                            .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```